**Arnold MARCUM, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 23, 1962.

Joe E. Caylor, Somerset, for appellant.

John B. Breckinridge, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment of conviction for having in unlawful possession intoxicating beverages for the purpose of sale in local option territory. Appellant was fined $100 and given 60 days in jail.

We have carefully considered the grounds urged for reversal of the judgment and conclude under the facts presented that they are without merit.

Wherefore, the motion is overruled and the judgment is affirmed.